# **EXHIBIT 3**

**Subject**: Fw: Possible project?
**From**: Kyle Schei <kyle.schei@gmail.com>
**To**: John Wantz <wantzjt@gmail.com>
**Date Sent**: Monday, October 7, 2013 9:28:33 AM GMT-07:00
**Date Received**: Monday, October 7, 2013 9:28:37 AM GMT-07:00

Wow….

--
Kyle Schei
kyle.schei@gmail.com

Forwarded message:

**From:** SCHMIT, EDWARD G <es8361@att.com>
**To:** kyle.schei@gmail.com <kyle.schei@gmail.com>
**Cc:** GERMAN, GLEN <gg0452@att.com>, TILLMAN, KARI A <kt7825@att.com>
**Date:** Monday, October 7, 2013 [Oct 7]9:26 AM
**Subject:** Possible project?

Hi Kyle,

I hope you are doing well—the Myanumber email I had was not work, so Glen shared this one.  I am not sure if you are busy with other work, but we have possible project for you.    I would like to introduce you to Kari, who has a project with a wearables device.  This device will have a separate SIM in it—but we want to be able to twin with the users mobile number.  That is, if someone calls the users mobile device it would also ring this other device.  We are looking to enable this in network at some point, but that will not be ready when we launch device.

We know this can be done via a VTN---but  we want our customer to be able to have their AT&T number remain the main number (similar to your demo—but we also do not have the WebRTC APIs ready to do this in network).  I think we could possibly do this with application on device that would ring this companion device when main one is called—and wondering if you might want to work on this.

Thanks,

Ed