# EXHIBIT 4



From:     **TILLMAN, KARI A** kt7825@att.com
Subject:  Introductions
Date:     November 1, 2013 at 6:18 PM
To:       Kyle Schei kyle@myanumber.com, Chandrasekar Rathakrishnan (chandra@iamplus.com) chandra@iamplus.com
Cc:       SCHMIT, EDWARD G es8361@att.com

Kyle, meet Chandra!
Chandra, meet Kyle!

We're thrilled to make the introductions among the two parties.  As you both know, Ed and I have been working quickly to identify a "twinning" solution for the Connected Smartwatch that we're launching 1Q14.

Kyle,
Chandra is the CEO of i.am+, the Partner developing the watch.  He will be your key business contact and will be able to put your technical team in touch with the engineers working on the device.

Chandra,
Kyle is the CEO of myaNUMBER, the developer with a very promising solution that allows the mobile number of the watch and smartphone to bet 'twinned' and allows the customer to keep their existing number, while also 'masking' the outgoing calls from the watch. He'll also be able to identify the technical leads from his side so we can begin moving toward implementing the solution.

I'll look to set up some time on Monday to pull a call together and talk more, but I wanted to get the introductions made quickly.

Thanks all!


## Kari Tillman

Senior Product Marketing Manager
Device Marketing & Developer Services
AT&T | kari.tillman@att.com |