# EXHIBIT 6

**From:** POWELL, JOHN F jp4026@att.com
**Subject:** NumberSync
**Date:** October 23, 2014 at 9:01 AM
**To:** Jim Darrin (jimd@insideradius.com) jimd@insideradius.com
**Cc:** kyle@myanumber.com



Hi Jim,

You may have heard already from Kyle that a decision was made late yesterday to remove NumberSync from the Puls watch.  With this decision we will no longer be pursuing the launch of the NumberSync service.   I'd like to thank you for the efforts of you and your team over the last several months, without which, we wouldn't have come as far as we did.  Please feel free to reach out to me directly if you have any additional questions.

John

John F. Powell
***AT&T Developer Program***
jp4026@att.com
425.894.5962

http://developer.att.com/