# EXHIBIT 7

## Contact

www.linkedin.com/in/karitillman
(LinkedIn)

## Top Skills

Product Management

Vendor Management

Project Management

## Certifications

Digital Analytics for Marketing
Professionals: Marketing Analytics in
Practice

Marketing in a Digital World

Digital Analytics for Marketing
Professionals: Marketing Analytics in
Theory

CompTIA Project+

# Kari Tillman

Marketing Manager • Product Manager • Product Marketing • Product
Development • Vendor Management
Los Angeles Metropolitan Area

## Summary

Twenty year history of working within the Telecommunications
industry serving as a Customer Service Specialist to Associate
Director. Experience leading cross-functional teams to plan and
deliver Consumer and Enterprise marketing campaigns to promote
premium smartphones. Proven track record of successful product
launches and continuously drives for improvements to product and
processes that result in long-term success.

Interested in opportunities that will take full advantage of my product
knowledge and creative skills to develop and implement compelling
programs and promotions that drive customer adoption.

Specialties: Product/Project Management, Process Improvement,
Vendor Management, Training, Customer Satisfaction, Strategic
Mobile Device Launches.

———

## Experience

**AT&T**
15 years 1 month

Lead Product Marketing Manager
June 2017 - Present (3 years 5 months)
El Segundo, CA

Senior Marketing Manager
April 2016 - June 2017 (1 year 3 months)
Redmond, Washington

Develop and execute drive-to-retail marketing campaigns and grand opening
events for AT&T retail stores across the West Region.

Associate Director
March 2014 - April 2016 (2 years 2 months)

Manage product selection, forecasting, pricing, and marketing strategy for strategic wearable devices.  Direct the development of complementary services for connected wearables, including AT&T NumberSync.  Drive new technical and usability requirements for new category of products and services.

Responsible for AT&T RFP process which includes all pre-paid and post-paid Handsets, Tablets, Mobile Broadband, and Wearable devices.  Collaborate across organizations to ensure all Technical, Usability, Channel, Sustainability, and Service related objectives are captured and clearly communicated to OEMs on a bi-annual basis.

Lead a team of Senior Managers responsible for launching wearables across channels and project managing RFP process.

### Senior Offer Manager
March 2009 - March 2014 (5 years 1 month)

Lead cross functional teams to deliver on-time launch of smartphones within the mobile device portfolio. Develop innovative go-to-market plans to promote sales and drive customer adoption.  Create effective communication and training/incentive programs designed to help sales channels succeed and improve overall customer satisfaction. Monitor product lifecycle to evaluate and enhance performance through ongoing promotions, programs and software updates.  Partner closely with hardware and software vendors' Product and Marketing teams to deliver best-in-class product and services.

Strategic mobile device launch history: BlackBerry Torch (2010), BlackBerry Torch 9810 (2011), Samsung Infuse 4G (2011), Samsung Galaxy S II (2011), Samsung Galaxy Note (2012), Samsung Galaxy S III (2012), Samsung Galaxy Note II (2012), Samsung Galaxy S 4 (2013), HTC First with Facebook Home (2013)

### Senior Marketing Manager
June 2008 - March 2009 (10 months)

Responsible for developing and marketing the mobile application catalog and portal for the small business segment.  Drive creative and development efforts and define top partners to establish breadth of solutions available to small-medium sized business customers that helps position AT&amp;T as the clear leader for mobile applications within the SMB Market.

The Small Business Mobile Application Recommender Tool (aka SMART) was recongized by IDC and winner of the 2009 Service Excellence Award.

Senior New Product Development Engineer
October 2005 - June 2008 (2 years 9 months)

*Responsible for product and lifecycle management of wireless email application services to Enterprise customers.
*Lead cross-functional teams to certify, launch and deploy new and enhanced applications and devices across platforms.
*Support Marketing and Sales Operations, Customer Care and IT to develop effective communication and ensure tools are available to assist with a successful internal and Market launch of new products.
*Establish process and procedures for Customer Care, IT and Sales teams for successful order, fulfillment and support of wireless email applications.
*Maintain business relationship with wireless email solution vendor and negotiate feature enhancements and timelines for new product roll out.
*Secure technical certification for product and device enhancements prior to Market launch.

Cingular
Project Manager
May 2000 - October 2005 (5 years 6 months)

*Responsible for the management of the Wireless Connectivity Offer solution available to large Enterprise Business Customers.
*Create and maintain process and procedure documentation.
*Facilitate and manage vendor work efforts. Serve as a liaison between internal & external partners.

USWest
IT Specialist
February 1998 - May 2000 (2 years 4 months)

*Work closely with application and systems owners to provide updated and complete procedures used by helpdesk agents.
*Project Team member for the development of a new calendar application.
*Member of Quality Team established to identify primary call drivers and reduce call volumes for email application. *Authored and published the New Agent Training Manual and developed training program.  Established the training schedule, guidelines and created online procedures used by helpdesk agents to aid in first call resolution success.

US West Communications
Service Delivery Coordinator
January 1996 - February 1998 (2 years 2 months)

*Work with designers and engineers to ensure successful installation of Frame Relay services.

*Participated on the development team for a new online Unbundled Loop Qualification Facility Check system.

_____

# Education

## Western Governors University
Master of Business Administration - MBA  · (2018)

## Western Governors University
Bachelor of Science (BS), Marketing/Marketing Management, General · (2016)

## Renton Technical College
Certificate of Completion, Legal Administrative Assistant · (1992)