**MEMO ENDORSED**



February 4, 2021

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
United States

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Direct line +1 212 318 3342
judith.archer@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

Re: _Network Apps, LLC, et al. v. AT&T Inc., et al.,_ No. 1:21-cv-718

Dear Judge Failla:

We represent Defendants AT&T Inc., AT&T Corp., AT&T Mobility LLC and AT&T Services, Inc. (collectively, "Defendants" or "AT&T") in connection with this letter motion for an extension of time to answer, move or otherwise respond to the Complaint herein. On January 26, 2021, Plaintiffs Network Apps, LLC, Kyle Schei and John Wantz (collectively, "Plaintiffs") filed their Complaint. Defendants' time to respond to the Complaint is currently February 18, 2021 (for AT&T Services and AT&T Inc.) and February 19, 2021 (for AT&T Corp. and AT&T Mobility LLC).

Defendants are in the process of retaining counsel and evaluating the Complaint and respectfully request an extension of time to answer, move or otherwise respond to the Complaint until April 5, 2021. This is Defendants' first request for an extension in this matter. Counsel for Plaintiffs has consented to this extension of time for Defendants to respond to the Complaint.

Thank you for your consideration of this matter.

Respectfully submitted,

_Judith A. Archer_

Judith A. Archer

JAA/af

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

95350036.1

Application GRANTED.  Moreover, the initial pretrial conference scheduled for April 2, 2021, is hereby ADJOURNED to April 22, 2021, at 3:00 p.m.  The parties are directed to file a joint letter and Proposed Case Management Plan and Scheduling Order on or before April 15, 2021.

Dated: February 4, 2021
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE