# Exhibit 1

Corporations and Charities Filing System

# Corporations and Charities Filing System

## ...iness Search



## BUSINESS SEARCH RESULTS

| Business Name ⬇ | UBI# | Business Type | Principal Office Address | Registered Agent Name | Status |
|---|---|---|---|---|---|
| No Value Found. | | | | | |

Page 0 of 0, records 0 to 0 of 0

Back