# Exhibit 3

## BUSINESS INFORMATION

Business Name:
**MYA NUMBER CORP.**

UBI Number:
**603 243 406**

Business Type:
**WA PROFIT CORPORATION**

Business Status:
**ADMINISTRATIVELY DISSOLVED**

Principal Office Street Address:

Principal Office Mailing Address:

Expiration Date:
**10/31/2014**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/ Registration Date:
**10/04/2012**

Period of Duration:
**PERPETUAL**

Inactive Date:
**02/02/2015**

Nature of Business:

## REGISTERED AGENT INFORMATION

Registered Agent Name:
**SLG REGISTERED AGENT LLC**

Street Address:
**315 5TH AVE S STE 1000, SEATTLE, WA, 98104, UNITED STATES**

Mailing Address:

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|