# Exhibit 4

# BUSINESS INFORMATION

Business Name:
**NETWORK APPS, LLC**

UBI Number:
**604 053 825**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**928 LOVELL AVE NW, BAINBRIDGE IS, WA, 98110-1722, UNITED STATES**

Principal Office Mailing Address:
**928 LOVELL AVE NW, BAINBRIDGE IS, WA, 98110-1722, UNITED STATES**

Expiration Date:
**11/30/2021**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/ Registration Date:
**11/17/2016**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**HOLDING COMPANY**

# REGISTERED AGENT INFORMATION

Registered Agent Name:
**KYLE SCHEI**

Street Address:
**928 LOVELL AVE NW, BAINBRIDGE IS, WA, 98110-1722, UNITED STATES**

Mailing Address:
**928 LOVELL AVE NW, BAINBRIDGE IS, WA, 98110-1722, UNITED STATES**

# GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | JOHN | WANTZ II |
| GOVERNOR | INDIVIDUAL | | KYLE | SCHEI |