UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NETWORK APPS LLC, KYLE SCHEI,
and JOHN WANTZ

               Plaintiffs,

-v.-

AT&T MOBILITY LLC and AT&T
SERVICES, INC.,

               Defendants.

21 Civ. 718 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    There is currently an initial pretrial conference in this action scheduled for April 22, 2021. On April 5, 2021, the Court received three letter motions from Defendants: the first two pertaining to Defendants' anticipated motions to dismiss the Complaint and to disqualify Plaintiffs' counsel (Dkt. #46-47), and the third requesting the bifurcation of discovery (Dkt. #48). On April 8, 2021, Plaintiffs submitted three letters in opposition to each of Defendants' applications. (Dkt. #51-53). Accordingly, the April 22, 2021 initial pretrial conference is hereby CONVERTED to a pre-motion conference.

    SO ORDERED.

Dated:    April 9, 2021
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge