UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NETWORK APPS LLC, KYLE SCHEI, and JOHN WANTZ

                Plaintiffs,

-v.-

AT&T MOBILITY LLC and AT&T SERVICES, INC.,

                Defendants.

21 Civ. 718 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    There is currently a telephonic conference in this action scheduled for April 22, 2021. Due to scheduling conflicts occasioned by recent changes to the Court's calendar, the conference is hereby ADJOURNED to April 28, 2021, at 4:00 p.m. The parties are referred to the instructions for accessing the conference provided in the Court's February 1, 2021 Order. (*See* Dkt. #19).

    SO ORDERED.

Dated:    April 20, 2021
              New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge