# EXHIBIT A

603 243 406

*State of Washington*

## Secretary of State
CORPORATIONS DIVISION
James M. Dolliver Building
801 Capitol Way South
PO Box 40234
Olympia WA 98504-0234
360.725.0377

FILED
SECRETARY OF STATE
SAM REED

OCTOBER 04, 2012

STATE OF WASHINGTON

**Limited Liability Company**

# Office Information

**Application ID** 2500683
**Tracking ID** 2399056
**Validation ID** 2270827-001
**Date Submitted for Filing:** 10/4/2012

# Contact Information

**Contact Name** Kyle Schei
**Contact Address** 3421 N. 22nd St.
Tacoma
WA
98406

**Contact Email** kyle.schei@gmail.com
**Contact Phone** 425-359-1740

# Certificate of Formation

**Preferred Name** MYA NUMBER LLC
**Physical Address** 3421 N. 22nd St.
Tacoma
WA
98406

**Purpose** Any Lawful Purpose
**Duration** Perpetual

| | |
|---|---|
| **Formation Date** | Effective Upon Filing by the Secretary of State |
| **Expiration Date** | 10/31/2013 |
| **Limited Liability Company Management** | Members |
| **Limited Liability Company mailing Adress** | Reg Agent |
| **Members Signature** | On File |

## Registered Agent Information

| | |
|---|---|
| **Agent is Individual** | |
| **Agent Name** | Kyle Schei |
| **Agent Street Address** | 3421 N. 22nd St.<br>Tacoma<br>WA<br>98406 |
| **Agent Mailing Address** | 3421 N. 22nd St.<br>Tacoma<br>WA<br>98406 |
| **Agent Email Address** | kyle.schei@gmail.com |

## Executors Information

| | |
|---|---|
| **Executor #1** | |
| **Executor Name** | Kyle Schei |
| **Executor Title** | Executor |
| **Executor Address** | 3421 N. 22nd St.<br>Tacoma<br>WA<br>98406 |
| **Executor #2** | |
| **Executor Name** | John Wantz |
| **Executor Title** | Executor |
| **Executor Address** | 603 Iris Ave.<br>Carona del Mar<br>CA<br>92625 |

## Submitter Information

**Submitted By** Kyle Schei