# EXHIBIT C

**From:** "Kyle M. Schei"
**Sent:** Friday, August 8, 2014 11:31 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** RIKARD, TED J <TR5340@att.com>
**CC:** SANBORN, DOROTHY M <ds7929@att.com>; John Wantz <john@myanumber.com>; SCHMIT, EDWARD G <es8361@att.com>; Carolyn Billings <cb8709@att.com>
**Subject:** Re: Front Door Ticket 54001: Status Update - Mya Number LLC
**Priority:** High
**Attachments:** Supplier Information Form 3-14 (Comp).docx; ATT00002.html; At&t EFT Request Signed.pdf; ATT00004.html; Invoice 1006 (Tropo).pdf; ATT00006.html; MYA W9 (CORP).pdf; ATT00008.html; At&t Corp Conversion Signed.pdf; ATT00010.html

Hi Ted,

This should be everything that is needed.

Please note we converted Mya Number LLC from a Washington LLC to a Washington C-Corp. I have attached a notice. Please let me know if there is any other required notification.

I have attached:
Completed Supplier Information Form
EFT Request Letter
Most Recent Invoice
Completed W9
Corporate Conversation Letter

NETAPPS_0007450