# EXHIBIT D



**Mya Number Corp.**
767 Lovell Ave. NW
Bainbridge Island, WA 98100
info@myanumber.com
206-319-9828

At&t Mobility

To whom it may concern;

Mya Number LLC has converted from a Washington LLC into a Washington C-Corp. Our legal name is now Mya Number Corp..

Thank you,

Kyle M. Schei
CEO
Kyle@myaNUMBER.com
425-359-1740