# EXHIBIT E

**From:** "GUFFEY, MARK R"
**Sent:** Wednesday, November 12, 2014 12:51 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** appu@iamplus.com <appu@iamplus.com>; chandra@iamplus.com <chandra@iamplus.com>; deepak@iamplus.com <deepak@iamplus.com>; jaren@iamplus.com <jaren@iamplus.com>; (stuart@iamplus.com) <stuart@iamplus.com>; jianpeng@iamplus.com <jianpeng@iamplus.com>; SCHRIDER, ARNE <as4493@att.com>; TILLMAN, KARI A <kt7825@att.com>; LEE, HELEN R <hl8005@att.com>; SIKES, JASON A <js2296@att.com>; TRUTTMANN, TJ <tt3374@att.com>
**CC:** LOGAN, KARA J <kl8922@att.com>; ZAKER, SHANE <sz343e@att.com>; BEPPU, MICHAEL L <mb4050@att.com>; WYMAN, JOSEPH <JW5685@att.com>; brandon@myanumber.com <brandon@myanumber.com>; helen.lee.1@att.com <helen.lee.1@att.com>; Arul Prasad M L <arulprasad@gmail.com>; POWELL, JOHN F <jp4026@att.com>; jimd@insideradius.com <jimd@insideradius.com>; Kyle Schei (kyle@myanumber.com) <kyle@myanumber.com>; MAXWELL, ALLEN <am378g@att.com>; SHAW, BRANDON <bs8329@att.com>; NEWHARD, RONALD K <rn2862@att.com>; WEISENBURGER, PATRICK <pw5515@att.com>; GOOD, ZACKARY RYON <zg924b@att.com>; ILYAGUYEV, YANA <yi6038@att.com>; ZHANG, LEI <lz235s@att.com>
**Subject:** NDA 34 Technical Status Call

TA check point call.

-------

You are invited to attend an AT&T Connect iMeeting .

To connect your COMPUTER to the Web conference:
==============================================
Click here: https://connect7.uc.att.com/attinc3/meet/?ExEventID=82065113


To prepare in advance for the conference (for all devices):
https://connect7.uc.att.com/attinc3/Prepare/.

 To view supported Operating Systems and devices:
http://www.corp.att.com/attconnectsupport/supporteddevices


TO CONNECT WITH YOUR *TELEPHONE ONLY* (no computer):
 ==============================================
1. Choose one of the following numbers to dial:
     * Caller-Paid number: 312-777-1449
     * Toll-Free Number (in USA): 888-331-6293.
     * Blackberry (Caller-Paid): 3127771449x2065113#
     * A number in your country or in a country close to you (may be toll free):
https://www.teleconference.att.com/servlet/glbAccess?process=1&accessNumber=888331629
3&accessCode=2065113

2. When prompted, enter the Meeting Access Code: 2065113#


If you are an AT&T Employee with a COU iPhone, please
goto  http://newcou.edc.cingular.net/_groups/COU/index.cfm?module=appStore&step=3&app
Set=1&appID=160&whereami=appStore to download the software from the COU Appstore

Powered by AT&T Connect.

NETAPPS_0007515