# EXHIBIT G

**From:** "SCHMIT, EDWARD G"
**Sent:** Monday, January 12, 2015 11:23 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** Kyle M. Schei <kyle@myanumber.com>
**Subject:** RE: Connecting this week

Hi Kyle, Friday is pretty wide open, free anytime from 9am-noon.

Thanks,

Ed

-----Original Message-----

From: Kyle M. Schei [mailto:kyle@myanumber.com]

Sent: Monday, January 12, 2015 10:59 AM

To: SCHMIT, EDWARD G

Subject: Connecting this week

Hi Ed,

Do you have time to have that follow up conversation this week? How is your Thursday/Friday?

-Kyle

Kyle Schei | C.E.O.

425.359.1740 | @myaNUMBER