# EXHIBIT L

# Timeline of Key Events

| Date | Event | Citation |
|---|---|---|
| October 4, 2012 | Wantz and Schei form Mya Number, LLC | Schei Decl. at ¶ 2, Ex. A |
| June 27, 2014 | Mya Number, LLC and AT&T enter into PSA and SOW | Dkt. #135-1; Dkt. 135-3 |
| July 21, 2014 | Wantz and Schei convert Mya Number, LLC into Mya Number Corp. | Dkt. #133-5 |
| October 26, 2014 | Wantz and Schei assign any personal rights they may have in the Twinning Solution to Mya Number Corp. | Schei Decl. at ¶ 3, Ex. B |
| October 27, 2014 | Mya Number Corp. applies for '728 Patent | Dkt. #1-1 |
| February 2, 2015 | Mya Number Corp. administratively dissolved | Dkt. #133-6 |
| August, 2015 | Mya Number Corp. ████████████████ | Schei Decl. at ¶ 8, Ex. H |
| September 28, 2015 | Mya Number Corp. and ████████████████ | Dkt. #135-8 |
| August 31, 2016 | Mya Number Corp. and ████████████████ | Dkt. #135-9 |
| September 6, 2016 | Patent issued to Mya Number Corp. | Dkt. #1-1 |
| November 17, 2016 | Wantz and Schei form Network Apps, LLC | Dkt. #133-7 |
| November 30, 2016 | Wantz, Schei, and other Mya Number Corp. shareholder sign Plan of Dissolution | Schei Decl. at ¶ 9, Ex. I |
| December 1, 2016 | Pursuant to Plan of Dissolution, Mya Number Corp. transfers assets, including patent and claims for breach of contract, to Wantz and Schei | Dkt. #133-8 |
| December 2, 2016 | Wantz and Schei assign rights in patent and claims for breach of contract to Network Apps, LLC | Dkt. #133-9 |