UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NETWORK APPS, LLC; KYLE SCHEI; and JOHN WANTZ,<br><br>                    Plaintiffs,<br><br>-against-<br><br>AT&T INC., AT&T CORP., AT&T MOBILITY LLC; and AT&T SERVICES, INC.,<br><br>                    Defendants. | Civil Action No. 21-cv-00718-KPF<br><br>**DECLARATION OF JOHN WANTZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

### DECLARATION OF JOHN WANTZ
### REDACTED VERSION

I, John Wantz, declare as follows:

1. I am a party to the above-entitled action. I have firsthand, personal knowledge of the facts set forth below, and if called as a witness, I could and would competently testify thereto.

2. My business partner Kyle Schei and I co-founded Mya Number, LLC ("Mya Number") on or around October 4, 2012.

3. Mr. Schei and I jointly invented the technology (the "Twinning Solution") that would go on to become the subject of the Patent Number 9,438,728 (the "'728 Patent") in connection with our work for Mya Number.

4. Developing the Twinning Solution, which allows users of smartphones, tablets, and wearable devices (e.g., smartwatches) to use the same telephone number seamlessly across all of their devices, was no easy task. In 2012, AT&T had been unable to create that solution in-house, so it turned to Mya Number to deliver the Twinning Solution and implement it on the AT&T network. Eventually, AT&T branded its service implementing the Twinning Solution as "NumberSync."

5. By September 2015, having received no update on twinning or NumberSync from AT&T, ███████████████████████████████████████████

6. Mr. Schei and I formed Network Apps, LLC on November 17, 2016. I am one of the beneficial owners of Network Apps, LLC.

7. Attached hereto as Exhibit M is a true and correct copy of excerpts of the file history for the '728 Patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of July, 2022 at ██████████ Austin TX 78738

*John Wantz*