

1(650) 320-1808
chriskennerly@paulhastings.com

March 21, 2023

**VIA ECF AND E-MAIL**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re:   *Network Apps, LLC et al. v. AT&T Inc. et al.*, Civ. No. 21-cv-00718-KPF
         Motion to Seal Additional Exhibit in Support of AT&T Defendants' Motion to Dismiss

Dear Judge Failla:

On March 20, 2023, the Court directed the parties to submit the documents referenced at page 11 of Exhibit 15 of AT&T's Motion. *See* Dkt. 135-8 at 11.

Pursuant to Section 9(C) of this Court's Individual Rules of Practice, Defendants AT&T Mobility LLC and AT&T Services, Inc. (collectively, "AT&T") submit this letter motion for leave to file under seal identified portions of an additional exhibit consisting of the requested documents in support of AT&T's Motion to Dismiss.

On June 24, 2022, AT&T filed a motion to seal identified portions of the opening brief in support of their Motion to Dismiss along with supporting exhibits.  Dkt. 129.  On June 27, the Court granted AT&T's sealing motion.  Dkt 136.  On July 25, 2022, Plaintiffs Network Apps, LLC, Kyle Schei, and John Wantz (collectively, "Plaintiffs") filed a similar motion to seal identified portions of their opposition to AT&T's Motion to Dismiss and supporting documents.  Dkt. 137.  On July 26, the Court granted Plaintiffs' sealing motion.  Dkt. 144.  The information and documents that were the subject of the parties' sealing motions pertain to proprietary and confidential technical and business information of Plaintiffs, AT&T, and/or third parties who engaged in a business relationship with Plaintiffs, most of which were designated "confidential" or "highly confidential" by the producing party pursuant to the Stipulated Protective Order at Dkt. 128.

The Second Circuit follows a three-step inquiry for evaluating sealing requests.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006).  First, the court looks to whether the document at issue is a "judicial document" that is "relevant to the performance of the judicial function and useful in the judicial process."  *Id*. at 119 (quoting *United States v. Amodeo*, 44 F.3d 141, 145 (2d Cir. 1995) ("*Amodeo I*")).  Second, the court determines the weight of the presumption in favor of public access, given "the role of the material at issue in the exercise of Article III judicial power."  *Id*. (quoting *United States v. Amodeo*, 71 F.3d 1044, 1049 (2d Cir. 1995) ("*Amodeo II*")).  Finally, the court determines whether the party moving to seal has demonstrated that the presumption of public access is overcome by the need to protect "higher values."  *Id*. at 120.

In granting the parties' previous sealing motions, the Court necessarily concluded that the factors weighing against public disclosure of the information outweighed the public's interest in monitoring the courts, which can only be achieved by open records and open courtrooms.  Nothing about the sensitivity of the information has changed in the time since the Court granted the parties' previous motions to seal.  The



Hon. Katherine Polk Failla, U.S.D.J.
March 21, 2023
Page 2

information contained in the documents has not been publicly disclosed and the brief passage of time has not lessened the sensitivity of the information.

      For these reasons, and the reasons explained in AT&T's previous sealing motions, Dkts. 129 and 145, AT&T seeks the Court's permission to file under seal identified portions of the requested documents in support of AT&T's Motion to Dismiss.

Respectfully submitted,

By: *S/ Christopher W. Kennerly*
    Christopher W. Kennerly (*pro hac vice*)
    chriskennerly@paulhastings.com
    Alexander H. Lee (*pro hac vice*)
    alexanderlee@paulhastings.com
    Joshua Yin (*pro hac vice*)
    joshuayin@paulhastings.com
    PAUL HASTINGS LLP
    1117 S. California Avenue
    Palo Alto, California 94304-1106
    Telephone: 1(650) 320-1800
    Facsimile: 1(650) 320-1900

    Robert Laurenzi
    robertlaurenzi@paulhastings.com
    PAUL HASTINGS LLP
    200 Park Avenue, 26th Floor
    New York, NY 10166
    Telephone: (212) 318-6000
    Facsimile: (212) 318-6100

*Attorney for Defendants*

cc:    All Counsel of Record (via ECF)

```
Application GRANTED. The Clerk of Court is directed to file
Attachment #1 ("Exhibit 32") to the Declaration of Joshua Yin (Docket
#153-1) under seal, visible to the Court and parties only.  The Clerk
of Court is directed to terminate the pending motion at docket number
151.

Dated:    March 22, 2023          SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE