UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NETWORK APPS, LLC, *a Washington limited liability company*, KYLE SCHEI, and JOHN WANTZ, *individuals*,

                    Plaintiffs,

                    -v.-

AT&T MOBILITY LLC, *a Delaware limited liability company* and AT&T SERVICES, INC., *a Delaware corporation*,

                    Defendants.

21 Civ. 718 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    AT&T Mobility LLC and AT&T Services, Inc. ("Defendants") have moved to dismiss the Complaint in this action filed by Network Apps, LLC, Kyle Schei, and John Wantz (together with Kyle Schei, the "Individual Plaintiffs," and collectively with Network Apps, LLC, "Plaintiffs").

    For the reasons set forth in the Court's Opinion and Order filed under seal on March 22, 2023, Defendants' motion to dismiss is granted as to Plaintiffs' breach of contract and patent infringement claims and denied as to the Individual Plaintiffs' correction of inventorship claim.

    The parties are directed to file a joint letter suggesting proposed redactions to the Opinion by **April 21, 2023**, in accordance with *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Taking the parties' suggestions into consideration, the Court will then file a redacted version of the Opinion on the public docket. In addition, on or before **April 21, 2023**, the

parties are directed to file a proposed Case Management Plan, and Defendants are directed to file an answer to the Complaint.

The Clerk of Court is directed to terminate the pending motion at docket entry 130, and to terminate Network Apps, LLC as a Plaintiff in this case.

SO ORDERED.

Dated:  March 22, 2023
         New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge