UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE SCHEI and JOHN WANTZ,<br><br>      Plaintiffs,<br><br>    -v.-<br><br>AT&T MOBILITY LLC, *a Delaware limited liability company* and AT&T SERVICES, INC., *a Delaware corporation*,<br><br>      Defendants. | 21 Civ. 718 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of the motion for reconsideration filed by Plaintiffs Kyle Schei and John Wantz, and former Plaintiff Network Apps, LLC (together, "Plaintiffs") on April 5, 2023 (Dkt. #157-158). Defendants' opposition shall be due on or before **April 19, 2023**, and Plaintiffs' reply, if any, shall be due on or before **April 26, 2023**. All deadlines specified in the Court's March 22, 2023 Order and sealed Opinion and Order (Dkt. #155-156) are hereby STAYED pending further of the Court.

  SO ORDERED.

Dated: April 10, 2023
    New York, New York

                    KATHERINE POLK FAILLA
                    United States District Judge