UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NETWORK APPS, LLC, *a Washington limited liability company*, KYLE SCHEI, and JOHN WANTZ, *individuals*,<br><br>       Plaintiffs,<br><br>       -v.-<br><br>AT&T MOBILITY LLC, *a Delaware limited liability company*, and AT&T SERVICES, INC., *a Delaware corporation*,<br><br>       Defendants. | 21 Civ. 718 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  Defendants moved to dismiss Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  On March 17, 2025, the Court filed and provided to the parties a Sealed Opinion and Order granting Defendants' motion as to the breach of contract and patent infringement claims, but denying the motion it as to the correction of inventorship claim.  The Clerk of Court is directed to terminate the pending motions at docket entries 178, 179, 184, and 187.

  The parties are hereby ORDERED to confer and submit a proposed case management plan on or before **April 7, 2025.**  The parties are further ORDERED to file (i) a joint letter suggesting redactions to the March 22, 2023 Opinion and (ii) a joint letter suggesting redactions to the March 17, 2025 Opinion, on or before **April 14, 2025**, in accordance with *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).  Taking the parties' suggestions

into consideration, the Court will then file redacted versions of both opinions on the public docket.

    SO ORDERED.

Dated:    March 17, 2025
             New York, New York

                              KATHERINE POLK FAILLA
                              United States District Judge