UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NETWORK APPS, LLC; KYLE SCHEI; and JOHN WANTZ,<br><br>Plaintiffs,<br><br>-against-<br><br>AT&T INC., AT&T CORP., AT&T MOBILITY LLC; and AT&T SERVICES, INC.,<br><br>Defendants. | Civil Action No. 21-cv-00718-KPF<br><br>**JOINT STIPULATION OF DISMISSAL** |



## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, BETWEEN ALL PARTIES TO THIS ACTION, that, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs' correction of inventorship claim, set forth in Count 4 of Plaintiffs' Amended Complaint filed March 4, 2024, is hereby dismissed with prejudice and without Rule 54(d)(1) costs to any party. This stipulation does not affect any party's right to appeal with respect to Plaintiffs' breach of contract and patent infringement claims, set forth in Counts 1, 2, and 3 of Plaintiffs' Amended Complaint.

As all Plaintiffs' claims in this Action have now been dismissed, the Parties respectfully request that final judgment be entered in this Action.

c812a644

Dated: June 13, 2025

ROSS LLP
    Peter W. Ross, *admitted PHV*

_____
    Richard A. Schwartz, *admitted PHV**
1900 Avenue of the Stars, Suite 1225
Los Angeles, California  90067
Telephone:  (424) 704-5600
Facsimile:  (424) 704-5680
pross@rossllp.la
rschwartz@ rossllp.la

LAZARE POTTER & GIACOVAS LLP
    David E. Potter
747 Third Avenue
New York, New York 10017
Telephone:  (212) 758-9300
dpotter@lpgmlaw.com

CADWELL CLONTS REEDER & THOMAS LLP
    Kevin E. Cadwell, *admitted PHV*
    David R. Clonts, *admitted PHV*
    Michael F. Reeder II, *admitted PHV*
    Lisa Thomas, *admitted PHV*
    Bradley S. Bowling, *admitted PHV*
5373 W. Alabama St., Suite 457
Houston, Texas 77056
Telephone:  (713) 360-1560
kcadwell@ccrtlaw.com
dclonts@ccrtlaw.com
mreeder@ccrtlaw.com
lthomas@ccrtlaw.com
bbowling@ccrtlaw.com
*Attorneys for Plaintiffs*

Dated:  June 13, 2025

PAUL HASTINGS LLP

By: _____
    Joshua Yin*
    joshuayin@paulhastings.com
    1117 S. California Avenue
    Palo Alto, California  94304-1106

Telephone:  1(650) 320-1800
Facsimile:  1(650) 320-1900

Robert Laurenzi
robertlaurenzi@paulhastings.com
200 Park Avenue, 26th Floor
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 318-6100

Attorneys for Defendants

```
The Clerk of Court is directed to terminate all pending motions, adjourn
all remaining dates, close this case, and enter judgment for Defendants.

Dated:     June 18, 2025            SO ORDERED.
           New York, New York
```

*Katherine Polk Failla* (signature)

```
                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```