**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NETWORK APPS, LLC; KYLE SCHEI; and
JOHN WANTZ,

                Plaintiff,

-against-                            21 **CIVIL** 0718 (KPF)

                                               **JUDGMENT**

AT&T INC., AT&T CORP., AT&T MOBILITY
LLC; and AT&T SERVICES, INC.,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed dated June 18, 2025, judgment is hereby entered for the defendants and the case is closed.

**Dated:**  New York, New York

       June 18, 2025

                                                        **TAMMI M. HELLWIG**

                                                           **Clerk of Court**

                    **BY:**

                                                           **Deputy Clerk**