UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NETWORK APPS, LLC, a Washington limited liability company; KYLE SCHEI, an individual; and JOHN WANTZ, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　-against-<br><br>AT&T, INC., a Delaware corporation; AT&T CORP., a New York corporation; AT&T MOBILITY LLC, a Delaware limited liability company; and AT&T SERVICES, INC., a Delaware corporation,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-00718-KPF<br><br>**JOINT STIPULATION AND ORDER TO STAY DETERMINATION OF ATTORNEYS' FEES PENDING APPEAL** |

　　　　WHEREAS on June 18, 2025, the Court entered final judgment in this matter in favor of Defendants AT&T Mobility LLC and AT&T Services, Inc. ("Defendants"), Dkt. 205;

　　　　WHEREAS Defendants anticipate filing a motion for attorneys' fees under Rule 54(d)(2);

　　　　WHEREAS Plaintiffs Network Apps, LLC, Kyle Schei, and John Wantz ("Plaintiffs") anticipate filing an appeal to the Federal Circuit;

　　　　WHEREAS Rule 54(d)(2)(B) authorizes a district court to alter the deadline for a motion for attorneys' fees, Fed. R. Civ. P. 54(d)(2)(B) ("Unless otherwise provided by statute or order of the court . . . .");

　　　　Plaintiffs and Defendants hereby stipulate and jointly request that the deadline for any motion for attorneys' fees be tolled until after the conclusion of the anticipated appeal. *In re Trs. Established under the Pooling & Servicing Agreements*, No. 17 Civ. 1998 (KPF), 2020 U.S. Dist. LEXIS 74004, at *5 (S.D.N.Y. Apr. 27, 2020) ("any motion for attorneys' fees and expenses would very likely be clarified by resolution of the underlying merits appeal"); *Karen Wegmann v. Young Adult Inst.*, 2020 U.S. Dist. LEXIS 257949, at *2 (S.D.N.Y. Mar. 3, 2020) ("At the parties' joint

request, the Court will address these issues relating to attorneys' fees at a later date, after a contemplated appeal.").

Dated: June 25, 2025

ROSS LLP

By: *S/ Richard A. Schwartz*[1]
    Peter W. Ross
    Richard A. Schwartz
1900 Avenue of the Stars, Suite 1870
Los Angeles, California 90067
pross@rossllp.la
rschwartz@rossllp.la
Telephone: (424) 704-5600
Facsimile: (424) 704-5680

CADWELL CLONTS REEDER & THOMAS LLP
    Kevin E. Cadwell
    David R. Clonts
    Lisa M. Thomas
5373 W. Alabama, Ste. 457
Houston, Texas 77056
Telephone: (713) 360-1560
kcadwell@ccrtlaw.com
dclonts@ccrtlaw.com
lthomas@ccrtlaw.com

LAZARE POTTER GIACOVAS & MOYLE LLP
David E. Potter
747 Third Avenue, 16th Floor
New York, New York 10017
Telephone: (212) 758-9300
Facsimile: (212) 888-0919
dpotter@lpgmlaw.com

Attorneys for Plaintiffs

Respectfully submitted,

PAUL HASTINGS LLP

By: *S/ Joshua Yin*
    Joshua Yin
    joshuayin@paulhastings.com
    1117 S. California Avenue
    Palo Alto, California  94304-1106
    Telephone:  1(650) 320-1800
    Facsimile:  1(650) 320-1900

    Robert Laurenzi
    robertlaurenzi@paulhastings.com
    200 Park Avenue, 26th Floor
    New York, NY 10166
    Telephone: (212) 318-6000
    Facsimile: (212) 318-6100

Attorneys for Defendants

---

[1] Pursuant to the Electronic Case Filing Rules & Instructions ¶ 8.5(b) (S.D.N.Y. July 24, 2023), counsel for Plaintiffs has provided consent and authorization to electronically sign and file this joint stipulation.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NETWORK APPS, LLC, a Washington limited liability company; KYLE SCHEI, an individual; and JOHN WANTZ, an individual,<br><br>             Plaintiffs,<br><br>   -against-<br><br>AT&T, INC., a Delaware corporation; AT&T CORP., a New York corporation; AT&T MOBILITY LLC, a Delaware limited liability company; and AT&T SERVICES, INC., a Delaware corporation,<br><br>            Defendants. | Case No. 1:21-cv-00718-KPF<br><br>**ORDER TO STAY DETERMINATION OF ATTORNEYS' FEES PENDING APPEAL** |

      Before the Court is Plaintiffs Network Apps, LLC, Kyle Schei, and John Wantz and Defendants AT&T Mobility LLC and AT&T Services, Inc.'s Joint Stipulation to Stay Determination of Attorneys' Fees Pending Appeal. At the parties' joint request, the Court will address issues relating to attorneys' fees after the contemplated appeal. The parties shall confer and submit a joint letter regarding proposed next steps within 30 days after the Court's receipt of the mandate from any appeal.

      **IT IS SO ORDERED.**

Dated:    June 26, 2025
             New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge